GPX INTERNATIONAL TIRE CORPO-
RATION and Hebei Starbright Tire
Co., Ltd., Plaintiffs–Appellees,

and

Tianjin United Tire & Rubber
International Co., Ltd.,
Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant,

and

Titan Tire Corporation and United
Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Indus-
trial and Service Workers Internation-
al Union, AFL–CIO–CLC, Defen-
dants–Appellants,

and

Bridgestone Americas, Inc. and Bridge-
stone Americas Tire Operations,
LLC, Defendants–Appellants.

Nos. 2011–1107, 2011–1108, 2011–1109.

United States Court of Appeals,
Federal Circuit.

May 17, 2011.

Daniel L. Porter, William H. Barringer,
James P. Durling, Gene C. Schaerr, Mat-
thew Paul McCullough, Winston & Strawn
LLP, Washington, DC, Francis J. Sailer,
Mark E. Pardo, Andrew T. Schutz, Grun-
feld, Desiderio, Lebowitz, Washington, DC,
for Plaintiffs–Appellees.

Michael D. Panzera, Department of Jus-
tice, Washington, DC, Wesley K. Caine,
Terence P. Stewart, Elizabeth J. Drake,
Stewart & Stewart, Washington, DC, Jo-
seph W. Dorn, Jeffrey M. Telep, Ashley C.
Parrish, J. Michael Taylor, Christopher
Todd Cloutier, P. Lee Smith Jr., King &
Spalding LLP, Washington, DC, for De-
fendants–Appellants.

Before GAJARSA, Circuit Judge.

ON MOTION

ORDER

The Committee to Support U.S. Trade
Laws, Nucor Corporation, Maverick Tube
Corporation, and Alabama Metal Indus-
tries Corporation move to file a brief ami-
cus curiae in support of the defendants-
appellants. Titan Tire Corporation and
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial
and Service Workers International Union,
AFL–CIO–CLC (collectively "Titan")
move to file a separate response brief in
response to the United States' brief on the
issue of countervailing duty cut-off date.
The United States opposes.

Upon consideration thereof,

It Is Ordered That:

(1) The motion for leave to file a brief as
amici curiae is granted.

(2) Titan's motion is granted to the lim-
ited extent that it may include the argu-
ments in its reply brief. The separate
response brief is rejected. A corrected
reply brief, including the arguments Titan
wishes to make concerning the cut-off
date, may be filed within 14 days of the
date of filing of this order.